UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA TAYLOR, TIMOTHY LIVINGSTON, TANYA BOCCHINO, AND MICHELE LANGLOIS, | : : : | Civil Action<br>No. 3:14-cv-00508-MPS |
| Plaintiffs, | : | |
| v. | : | |
| BIO-DYNAMIX, LLC AND CHRISTOPHER GRANEY, | : : | |
| Defendants. | : | March 26, 2015 |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiffs, Patricia Taylor, Timothy Livingston, Tanya Bocchino, and Michele Langlois, and Defendants, Bio-Dynamix, LLC and Christopher Graney, by their respective counsel, hereby stipulate and agree that this matter be dismissed in full, with prejudice, and with each party to bear his, her, or its own costs, all matters in controversy having been fully settled and compromised between and among the parties.

| | |
|---|---|
| PLAINTIFFS<br>PATRICIA TAYLOR,<br>TIMOTHY LIVINGSTON,<br>TANYA BOCCHINO,<br>AND MICHELE LANGLOIS<br><br>By: _____<br>Douglas J. Varga (ct 18885)<br><br>Lucas Bagnell Varga LLC<br>2425 Post Road, Suite 200<br>Southport, CT 06890<br>Phone: 203.227.8400<br>Fax: 203.227.8402<br>E-Mail: dvarga@lbv-law.com | DEFENDANTS<br>BIO-DYNAMIX,<br>AND CHRISTOPHER GRANEY<br><br><br><br>By: _____<br>Stuart M. Katz (ct 12088)<br><br>Cohen and Wolf, P.C.<br>1115 Broad Street<br>Bridgeport, CT 06604<br>Phone: 203.368.0211<br>Fax: 203.337.5505<br>E-Mail: skatz@cohenandwolf.com |

## CERTIFICATION

I hereby certify that on March 26, 2015, the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Douglas J. Varga (ct 18885)